# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**WILLIE MURRY**  **PLAINTIFF**
ADC #097878

v.  **CASE NO. 2:25-CV-00149-BSM-ERE**

**MICHEL RICHERSON,** *et al.*  **DEFENDANTS**

### ORDER

Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 9] is adopted. Willie Murry's failure to train or supervise claims against Richerson, Haynes, Brason, Ball, and Randle are dismissed without prejudice for failure to state a claim and the clerk is directed to terminate those defendants. Murry's Eighth Amendment deliberate indifference claim against Barnes in his personal capacity for monetary relief may proceed, but his request for injunctive relief is denied without prejudice. The clerk is directed to update the case caption to *Murry v. Barnes*.

IT IS SO ORDERED this 5th day of January, 2026.

UNITED STATES DISTRICT JUDGE